FILED BY _____ D.C.

05 JUL 18 AM 10: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BERRELL FREEMAN, PAUL NEMCHEK, )
LUIS NIEVES, )
              Plaintiffs, )
)
vs. ) No.: 1:00cv1050-B
)
CORRECTIONS CORPORATION )
OF AMERICA, et al., )
              Defendants. )

## ORDER

Having considered Defendants' Motion for Substitution of Counsel, it is,

HEREBY ORDERED that James I. Pentecost and Brandon O. Gibson of Pentecost, Glenn & Rudd, PLLC, be substituted for Tom Anderson as lead counsel for the Defendants, Corrections Corporation of America, Prison Realty Trust, Inc., Correctional Management, Prison Management, Doctor Crants, Mike Tweedy, David Payne, Benny Reeves, Christopher Carey, Steve Dotson, Patrick Whalen, Kevin Griffin, Tonya Boyd and Robert Adams and it is,

ORDERED that Tom Anderson be removed as counsel for the named Defendants from the court's docket and matrix and that it be amended to reflect James I. Pentecost and Brandon O. Gibson of Pentecost, Glenn & Rudd, PLLC .

IT IS SO ORDERED.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-18-05



JUDGE

DATED: July 18, 2005

APPROVED FOR ENTRY:

*Brandon O. Gibson*

JAMES I. PENTECOST
BRANDON O. GIBSON
PENTECOST, GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, Tennessee 38305

ROBERT J. WALKER
MARK TIPPS
JOSEPH WELBORN
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Order been sent by United States mail, postage prepaid, to **Mr. Mark L. Thomsen,** Cannon & Dunphy, S.C., P.O. Box 1750, Brookfield, WI, 53008-1750; **Ms. Robin Shellow,** Law Offices of Robin Shellow, 324 West Vine Street, Milwaukee, WI, 53212; **Mr. Patrick T. McNally,** 424 Church Street, 22nd Floor Sun Trust Center, Nashville, TN 37219 and **Mr. Fred Collins,** Flippin, Collins, & Huey, 1066 South Main Street, Milan, Tennessee 38358; this _12_ day of July, 2005.

*Brandon O. Gibson*
BRANDON O. GIBSON

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 1:00-CV-01050 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Tom Anderson
ANDERSON LAW FIRM, PLLC
130-C Stonebridge Blvd.
Jackson, TN 38305

Tom Anderson
ANDERSON LAW FIRM, PLLC
130-C Stonebridge Blvd.
Jackson, TN 38305

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Robin Shellow
SHELLOW LAW FIRM
324 West Vine St.
Milwaukee, WI 53212

Ellen L. Wiesner
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James M. Shellow
SHELLOW & SHELLOW
324 West Vine St.
Milwaukee, WI 53212

Sarah Frink Kaas
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Mark Thomsen
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Patrick T. McNally
HOLLINS WAGSTER & YARBROUGH
424 Church St.
Nashville, TN 37219

James B. Webb
FLIPPIN COLLINS HUEY & WEBB
1066 S. Main Street
Milan, TN 38358--067

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT