## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| MURRAY ALLEN; BERRELL FREEMAN; <br> HOWARD R. HARRIS; JOSHUA O. KYLES; <br> LARRY B. LEMONS; JESUS VILLANUEVA MATA; <br> PATRICK U. MCGEE; RANDALL MILLER; <br> PAUL NEMCHEK; LUIS NIEVES; <br> JEROME PAUL; CORY PURIFOY; <br> SHANNON QUINN; and TRACY SMITH, <br><br> Plaintiffs, <br> VS. <br><br> CORRECTIONS CORPORATION OF AMERICA <br> PRISON REALTY TRUST, INC. <br> (a.k.a. PRISON REALTY CORPORATION <br> CORRECTIONAL MANAGEMENT SERVICES <br> CORPORATION; <br> PRISON MANAGEMENT SERVICES, <br> Fictitious Corporations ABC-XYZ; <br> DOCTOR CRANTS; <br> Warden PATRICK WHALEN; <br> Assistant Warden STEVEN DOTSON; <br> Asst. Warden of Security MIKE TWEEDY; <br> Chief of Security JIM COOKSEY; <br> CCA Employees, Officers ROGERS, PAYNE, <br> JACKSON, WHITE, REEVES, THIGPEN, <br> HENDERSON, TONYA BOYD, REYNOLDS, <br> GRIFFIN, SELF, DAVIS, POPLAR, CAREY <br> and ADAMS, whose names are otherwise <br> unknown to the Plaintiffs; <br> and JOHN DOES I - N, <br> CCA employees whose names are unknown <br> to the Plaintiffs, <br><br> Defendants. | Number <u>1:00-cv-1050</u> |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

All matters between the parties having been fully resolved and all parties being in

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/8/05

174

agreement that this cause should be dismissed in its entirety, with full prejudice, the Court therefore finds that this cause should be dismissed, with full prejudice and, accordingly:

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed against the Defendants, Corrections Corporation of America, Prison Realty Trust, Inc., Correctional Management, Prison Management, Doctor Crants, Mike Tweedy, David Payne, Benny Reeves, Christopher Carey, Steve Dotson, Patrick Whalen, Kevin Griffin, Tonya Boyd and Robert Adams with prejudice as an adjudication upon the merits, and it, is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that costs of this cause, including filing fees, will be paid by Plaintiffs and no discretionary costs, bill of cost, expenses or any attorney fees, either by statute or contract, will be applied for or awarded to either party.

**Dated**: this 1st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ James I. Pentecost

JAMES I. PENTECOST
BRANDON O. GIBSON
PENTECOST, GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, Tennessee 38305


ROBERT J. WALKER
MARK TIPPS
JOSEPH WELBORN
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424




COUNSEL FOR DEFENDANTS

/s/ Mark L. Thomsen

MARK L. THOMSEN (WI)#01018839
Cannon & Dunphy, S.C.
P.O. Box 1750
Brookfield, WI 53008-1750


ROBIN SHELLOW (WI)#1006052
Law Offices of Robin Shellow
324 West Vine Street
Milwaukee, WI 53212


PATRICK T. McNALLY    #10046
Hollins, Wagster & Yarerough, P.C.
Sun Trust Center, Suite 2210
424 Church Street
Nashville, TN 37219

COUNSEL FOR PLAINTIFFS


### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Order of Dismissal been sent by United States mail, postage prepaid, to **Mr. Mark L. Thomsen**, Cannon & Dunphy, S.C., P.O. Box 1750, Brookfield, WI, 53008-1750; **Ms. Robin Shellow**, Law Offices of Robin Shellow, 324 West Vine Street, Milwaukee, WI, 53212; **Mr. Patrick T. McNally**, 424 Church Street, 22nd Floor Sun Trust Center, Nashville, TN 37219 and **Mr. Fred Collins**, Flippin, Collins, & Huey, 1066 South Main Street, Milan, Tennessee 38358; this _28th_ day of _November_, 2005.

/s/ James I. Pentecost

JAMES I. PENTECOST

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 174 in case 1:00-CV-01050 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Ellen L. Wiesner
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Mark Thomsen
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Robin Shellow
SHELLOW LAW FIRM
324 West Vine St.
Milwaukee, WI 53212

James M. Shellow
SHELLOW & SHELLOW
324 West Vine St.
Milwaukee, WI 53212

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Patrick T. McNally
HOLLINS WAGSTER & YARBROUGH
424 Church St.
Nashville, TN 37219

Sarah Frink Kaas
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James B. Webb
FLIPPIN COLLINS HUEY & WEBB
1066 S. Main Street
Milan, TN 38358--067

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT