*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION



FILED BY ___ D.C.
05 DEC 12 AM 11: 34
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MURRAY ALLEN, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA PRISON REALTY TRUST, INC., et al., | CASE NO: 1:00cv1050-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on December 8, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/12/05
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

175

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 175 in case 1:00-CV-01050 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Robin Shellow
SHELLOW LAW FIRM
324 West Vine St.
Milwaukee, WI 53212

Sarah Frink Kaas
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Patrick T. McNally
HOLLINS WAGSTER & YARBROUGH
424 Church St.
Nashville, TN 37219

James M. Shellow
SHELLOW & SHELLOW
324 West Vine St.
Milwaukee, WI 53212

Ellen L. Wiesner
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James B. Webb
FLIPPIN COLLINS HUEY & WEBB
1066 S. Main Street
Milan, TN 38358--067

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Mark Thomsen
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Honorable J. Breen
US DISTRICT COURT