ORIGINAL

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

FILED
RECEIVED
05 DEC 27 PM 3: 04
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| MURRAY ALLEN; BERRELL FREEMAN;<br>HOWARD R. HARRIS; JOSHUA O. KYLES;<br>LARRY B. LEMONS; JESUS VILLANUEVA MATA;<br>PATRICK U. MCGEE; RANDALL MILLER;<br>PAUL NEMCHEK; LUIS NIEVES;<br>JEROME PAUL; CORY PURIFOY;<br>SHANNON QUINN; and TRACY SMITH,<br><br>      Plaintiffs,<br>VS.<br><br>CORRECTIONS CORPORATION OF AMERICA<br>PRISON REALTY TRUST, INC.<br>(a.k.a. PRISON REALTY CORPORATION<br>CORRECTIONAL MANAGEMENT SERVICES<br>CORPORATION;<br>PRISON MANAGEMENT SERVICES,<br>Fictitious Corporations ABC-XYZ;<br>DOCTOR CRANTS;<br>Warden PATRICK WHALEN;<br>Assistant Warden STEVEN DOTSON;<br>Asst. Warden of Security MIKE TWEEDY;<br>Chief of Security JIM COOKSEY;<br>CCA Employees, Officers ROGERS, PAYNE,<br>JACKSON, WHITE, REEVES, THIGPEN,<br>HENDERSON, TONYA BOYD, REYNOLDS,<br>GRIFFIN, SELF, DAVIS, POPLAR, CAREY<br>and ADAMS, whose names are otherwise<br>unknown to the Plaintiffs;<br>and JOHN DOES I - N,<br>CCA employees whose names are unknown<br>to the Plaintiffs,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Number <u>1:00-cv-1050</u> |

---

## ORDER GRANTING MOTION TO AMENDED AND AMENDED AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

178

All matters between the parties having been fully resolved and all parties being in agreement that this cause should be dismissed in its entirety, with full prejudice, previous order of the Court dated December 5th, 2005, request of the parties to amend said Order, the Court finding that this cause should be dismissed, with full prejudice and the amended order to be accepted by the Court, accordingly the Order of December 5th, 2005 is amended as follows:

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed against all Defendants, including Corrections Corporation of America, Prison Realty Trust, Inc., Correctional Management, Prison Management, Doctor Crants, Mike Tweedy, David Payne, Benny Reeves, Christopher Carey, Steve Dotson, Patrick Whalen, Kevin Griffin, Tonya Boyd, Robert Adams, Jim Cooksey, Jason Self, Danny Mills, Clifford Michael Atkins, and Russell Thigpen with prejudice as an adjudication upon the merits, and it, is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that costs of this cause, including filing fees, will be paid by Plaintiffs and no discretionary costs, bill of cost, expenses or any attorney fees, either by statute or contract, will be applied for or awarded to either party.

**Dated**: this 27 day of _December_ , 200 5 .

**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

APPROVED FOR ENTRY:

**JAMES I. PENTECOST**
**BRANDON O. GIBSON**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, Tennessee  38305


**ROBERT J. WALKER**
**MARK TIPPS**
**JOSEPH WELBORN**
**WALKER, BRYANT, TIPPS & MALONE**
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424


COUNSEL FOR DEFENDANTS
  CCA, Prison Realty Trust, Inc.,
  Correctional Management, Prison Management,
  Doctor Crants, Mike Tweedy, David Payne,
  Benny Reeves, Christopher Carey, Steve Dotson,
  Patrick Whalen, Kevin Griffin, Tonya Boyd
  and Robert Adams

**MARK L. THOMSEN  (WI)#01018839**
Cannon & Dunphy, S.C.
P.O. Box 1750
Brookfield, WI 53008-1750


**ROBIN SHELLOW (WI)#1006052**
**Law Offices of Robin Shellow**
324 West Vine Street
Milwaukee, WI  53212


**PATRICK T. McNALLY   #10046**
Hollins, Wagster & Yarerough, P.C.
Sun Trust Center, Suite 2210
424 Church Street
Nashville, TN  37219

COUNSEL FOR PLAINTIFFS


**FRED COLLINS**
**FLIPPIN, COLLINS & HILL, P.L.L.C.**
1066 South Main Street
P.O. Box 679
Milan, Tennessee 38358-0679

COUNSEL FOR DEFENDANTS
  Jim Cooksey, Jason Self,
  Danny Mills, Clifford Atkins, and
  Russell Thigpen

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Order been sent by United States mail, postage prepaid, to **Mr. Mark L. Thomsen,** Cannon & Dunphy, S.C., P.O. Box 1750, Brookfield, WI, 53008-1750; **Ms. Robin Shellow**, Law Offices of Robin Shellow, 324 West Vine Street, Milwaukee. WI, 53212; **Mr. Patrick T. McNally**, 424 Church Street, 22nd Floor Sun Trust Center, Nashville, TN 37219 and **Mr. Fred Collins,** Flippin, Collins, & Huey, 1066 South Main Street, Milan, Tennessee 38358; this 22nd day of December, 2006.

JAMES I. PENTECOST

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 1:00-CV-01050 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Patrick T. McNally
HOLLINS WAGSTER & YARBROUGH
424 Church St.
Nashville, TN 37219

James M. Shellow
SHELLOW & SHELLOW
324 West Vine St.
Milwaukee, WI 53212

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Ellen L. Wiesner
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

James B. Webb
FLIPPIN COLLINS HUEY & WEBB
1066 S. Main Street
Milan, TN 38358--067

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Mark Thomsen
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Robin Shellow
SHELLOW LAW FIRM
324 West Vine St.
Milwaukee, WI 53212

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Sarah Frink Kaas
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Honorable J. Breen
US DISTRICT COURT