UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



**<u>AMENDED</u> JUDGMENT IN A CIVIL CASE**

MURRAY ALLEN, et al

      Plaintiffs,

VS.                                  NO. 1:00-cv-1050-B

CORRECTIONS CORPORATION OF AMERICA,
et al,

      Defendant(s).

[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on December 27, 2005, the court's order of December 5, 2005 is amended to reflect the dismissal of all defendants in the above referenced case. It is further ordered that the costs of this action, including filing fees, will be paid by Plaintiffs and no discretionary costs, bill of costs, expenses or any attorney fees, either by statute or contract, will be applied for or awarded to either party.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 12/29/05

                                    THOMAS M. GOULD, CLERK

                                      BY: _____
                                              DEPUTY CLERK

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 12/29/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 1:00-CV-01050 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Mark Thomsen
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Patrick T. McNally
HOLLINS WAGSTER & YARBROUGH
424 Church St.
Nashville, TN 37219

Ellen L. Wiesner
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Sarah Frink Kaas
CANNON & DUNPHY, S.C.
595 North Barker Rd.
Brookfield, WI 53008--175

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James M. Shellow
SHELLOW & SHELLOW
324 West Vine St.
Milwaukee, WI 53212

James B. Webb
FLIPPIN COLLINS HUEY & WEBB
1066 S. Main Street
Milan, TN 38358--067

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Robin Shellow
SHELLOW LAW FIRM
324 West Vine St.
Milwaukee, WI 53212

Honorable J. Breen
US DISTRICT COURT